**MONIKA Y. LANGARICA** (SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ** (SBN 301767)(jmarkovitz@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY** (SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4493

Counsel for Plaintiff-Petitioners

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Cristian Doe, Diana Doe,<br><br>　　　　Plaintiff-Petitioners,<br><br>　　v.<br><br>KEVIN K. McALEENAN, Acting Secretary of Homeland Security; KENNETH T. CUCCINELLI, Acting Director of U.S. Citizenship and Immigration Services; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; DOUGLAS HARRISON, Chief Patrol Agent, U.S. Border Patrol San Diego Sector; RYAN SCUDDER, Acting Chief Patrol Agent, U.S. Border Patrol El Centro Sector; ROBERT HOOD, U.S. Customs and Border Protection Officer in Charge, San Ysidro Port of Entry; SERGIO BELTRAN, U.S. Customs and Border Protection Officer in Charge, Calexico Port of Entry; WILLIAM BARR, Attorney General of the United States,<br><br>　　　　Defendants-Respondents. | Case No. **'19CV2119 DMS AGS**<br><br>**PLAINTIFF- PETITIONERS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>**Date:** TBD<br><br>**Time:** TBD<br><br>**Courtroom:** TBD<br><br>**Judge:** TBD |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that as soon as the matter may be heard before the judge assigned to this case at a date and time to be designated by the assigned judge, of which Plaintiff-Petitioners will serve notice, Plaintiff-Petitioners will and

hereby do move this Court for an order granting class certification of the proposed class defined as follows:

> All individuals who are detained in CBP custody in California awaiting or undergoing non-*refoulement* interviews pursuant to what the government calls the "Migrant Protection Protocols" program and who have retained lawyers.

Plaintiff-Petitioners' Motion for Class Certification is based on: this Notice of Motion and Motion for Class Certification; the concurrently-filed Memorandum and Points of Authorities in Support of Plaintiff-Petitioners' Motion for Class Certification; the Declaration of Bardis Vakili in Support of Plaintiff-Petitioners' Motion for Class Certification and exhibits attached thereto; all papers, pleadings, records, and files in this case; all matters of which judicial notice may be taken; and such other argument and/or evidence as may be presented to this Court at a hearing on this Motion.

Plaintiff-Petitioners respectfully request a hearing on this Motion.

Dated: November 5, 2019                Respectfully submitted,

s/Jonathan Markovitz
Jonathan Markovitz
Monika Y. Langarica
Bardis Vakili
David Loy
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
Attorneys for Plaintiffs-Petitioners