**MONIKA Y. LANGARICA** (SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ** (SBN 301767)(jmarkovitz@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY** (SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4493

Counsel for Plaintiff-Petitioners

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Cristian Doe, Diana Doe,<br><br>    Plaintiff-Petitioners,<br><br>    v.<br><br>KEVIN K. McALEENAN, Acting Secretary of Homeland Security; et al.,<br><br>    Defendants-Respondents. | Case No. _____<br><br>**DECLARATION OF KATE CLARK IN SUPPORT OF PLAINTIFF-PETITIONERS' *EX PARTE* APPLICATION TO ENFORCE TRO AND REQUEST TO HOLD DEFENDANT U.S. BORDER PATROL CHIEF DOUGLAS HARRISON IN CONTEMPT** |

# DECLARATION OF KATE CLARK

I, Kate Clark, hereby declare as follows:

1. I have personal knowledge of the facts set forth below, and if called to testify to the same, I could and would do so competently.

2. I am the Senior Director of Immigration Services at Jewish Family Services of San Diego ("JFS"). I supervise the team representing cases subject to the "Remain in Mexico" program. I supervise Stephanie Blumberg, attorney for the plaintiffs in this case known as Cristian Doe and Diana Doe (collectively, "Clients") in their immigration proceedings.

3. Clients are currently detained at the Chula Vista Border Patrol Station pending a non-refoulement interview where they have been since November 05, 2019, after they had a hearing in their immigration court case.

4. On Saturday, November 09, after learning that Clients' son who has experienced symptoms consistent with leukemia had been experiencing stomach pains and Clients had requested he receive medical attention, I made the same request to the Border Patrol agent that I spoke with. On Sunday, November 10, I learned Clients' son had not yet received medical attention. On Monday, after learning Clients' son continued to experience pain and still had not received medical attention, I renewed the request with the Border Patrol agent. The child has not yet received medical attention that I am aware of.

5. I learned that the court granted the Temporary Restraining Order ("TRO") in this case yesterday, November 12, 2019, just before 5pm. Between when I learned that the court granted the TRO and about 9am today, November 13, 2019, I and numerous JFS staff that I supervise unsuccessfully attempted to make contact with agents at the Chula Vista Border Patrol Station to arrange

2.

for visitation to prepare Clients for their non-refoulement interviews, as ordered by the court.

6. Our attempts to reach someone at the Chula Vista Border Patrol Station include numerous phone calls, an email, and a fax of a letter requesting an in person meeting accompanied with a copy of the TRO and the lawyers' notices of appearance with the Department of Homeland Security.

7. Today at 9:07am was the first time I successfully reached a live person. I was eventually connected with a supervisor. After explaining our request to make arrangements to meet with our clients confidentially in person to prepare them for their non-refoulement interviews per the court order, the Supervisor explained someone he referred to as "counsel" told him Clients' non-refoulement interviews would be scheduled for this afternoon.

8. I informed the Supervisor that the interview should not be scheduled without our lawyers first meeting with our clients confidentially in person to prepare them for the interview.

9. The Supervisor declined to make such arrangements with me and explained that his orders from "counsel" did not include arranging for confidential in-person visitation.

10. As of 12:58 pm, neither I or anyone on my team has heard from Border Patrol about arranging a legal visit.

I declare under penalty of perjury of the laws of California and the United States of America that the foregoing statements are true and correct.

Executed this 13th day of November 2019 in San Diego, California.

*/s/ Kate Clark*
Kate Clark

3.

4.