**MONIKA Y. LANGARICA**
(SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ**
(SBN 301767)(jmarkovitz@aclusandiego.org)
**BARDIS VAKILI**
(SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY**
(SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4483

Counsel for Plaintiff-Petitioners

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cristian Doe., *et. al.*,<br><br>    Plaintiff-Petitioners,<br><br>    v.<br><br>KEVIN McALEENAN, Acting Secretary, U.S. Department of Homeland Security, *et. al.*,<br><br>    Defendant-Respondents. | **Case No.: 3:19-CV-2119-DMS-AGS**<br><br>**PLAINTIFF-PETITIONERS' SUPPLEMENT TO *EX PARTE* APPLICATION TO ENFORCE TRO AND REQUEST TO HOLD DEFENDANT U.S. BORDER PATROL IN CONTEMPT** |

1
2
3
4
5
6
7
8

Plaintiffs hereby inform the Court that, at 1:29 pm, counsel for Defendants informed undersigned counsel that "CBP has arranged for petitioners' counsel to meet with petitioners at the CBP legal office downtown at 3:00 p.m. today" and that a "non-refoulement interview has not been scheduled." Plaintiffs will continue to update the Court on any further developments and inform the Court if the Ex Parte Application to Enforce becomes moot.

9
10
11
12
13
14

Dated: November 13, 2019

ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

**/s/ *Bardis Vakili***
Bardis Vakili

Monika Y. Langarica
Jonathan Markovitz
David Loy

*Attorney for Plaintiff-Petitioners*

15
16
17
18
19
20
21
22
23
24
25
26
27
28