UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN DOE; DIANA DOE,<br><br>    Petitioners-Plaintiffs,<br><br>vs.<br><br>KEVIN McALEENAN, Acting Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>    Respondents-Defendants. | CASE NO. 19-cv-2119 DMS (AGS)<br><br>**ORDER TO SHOW CAUSE WHY RESPONDENTS ARE NOT IN CONTEMPT** |

On November 12, 2019, the Court issued a temporary restraining order ("TRO") requiring Respondents to allow Petitioners confidential, in-person access to retained counsel prior to Petitioners' non-*refoulement* interview. ECF No. 18. On November 13, 2019, Petitioners filed an ex parte motion for an order to enforce the TRO and for an order to show cause why Respondents should not be held in contempt of this Court's order. ECF No. 19. Petitioners allege that a Customs and Border Patrol ("CBP") supervisor, under the direction of his counsel, informed Petitioners their non-*refoulement* interview is scheduled for later today and denied them access to their retained counsel prior to their interview.

1     Accordingly, Respondents, specifically Douglass Harrison, Chief Agent for San Diego Sector of Border Patrol, are ordered to show cause why.  Hearing on this matter shall be scheduled for **November 13, 2019 at 3:30 p.m.**

    **IT IS SO ORDERED.**

DATED: November 13, 2019

Hon. Dana M. Sabraw
United States District Judge