**MONIKA Y. LANGARICA**
(SBN 308518)(mlangarica@aclusandiego.org)
**JONATHAN MARKOVITZ**
(SBN 301767)(jmarkovitz@aclusandiego.org)
**BARDIS VAKILI**
(SBN 247783)(bvakili@aclusandiego.org)
**DAVID LOY**
(SBN 229235)(davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4483

Counsel for Plaintiff-Petitioners

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cristian Doe., *et. al.*,<br><br>  Plaintiff-Petitioners,<br>v.<br><br>KEVIN McALEENAN, Acting Secretary, U.S. Department of Homeland Security, *et. al.*,<br><br>  Defendant-Respondents. | **Case No.: 3:19-CV-2119-DMS-AGS**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF-PETITIONERS' *EX PARTE* APPLICATION TO ENFORCE TRO AND REQUEST FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT** |

    Plaintiffs hereby withdraw their pending Ex Parte Application to Enforce TRO and Request for Order to Show Cause Why Defendants Should Not Be Held in Contempt. Shortly after 3pm, undersigned counsel confirmed that Plaintiffs are now in a confidential consultation with their immigration lawyers and that no non-*refoulement* interview is currently scheduled. Plaintiffs do not anticipate compliance issues with the portion of the Court's Temporary Restraining Order requiring participation in the interview itself, though they do not waive their right to raise any such compliance issues with the Court should it become necessary.

Dated: November 13, 2019

ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

**/s/ *Bardis Vakili***
Bardis Vakili

Monika Y. Langarica
Jonathan Markovitz
David Loy

*Attorney for Plaintiff-Petitioners*