UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN DOE, et al.,<br><br>      Petitioners,<br><br>  v.<br><br>KEVIN K. McALEENAN, Acting Secretary of Homeland Security; et. al.,<br><br>      Respondents. | Case No. 19cv2119 DMS AGS<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME OF ALL PENDING DEADLINES, INCLUDING THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

      FOR GOOD CAUSE SHOWN, the Unopposed Motion for a 60-day Extension of Time of all pending deadlines, including the time to Answer or Otherwise Respond to the Complaint, is GRANTED. Respondents must file their Answer or Response to the Complaint no later than September 4, 2020.

      IT IS SO ORDERED.

Dated: June 25, 2020

                                       Hon. Dana M. Sabraw<br>
                                       United States District Judge