

**FILED**

**DEC 15 2020**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRISTIAN DOE; DIANA DOE, | No.   20-55279 |
| Petitioners-Appellees, | D.C. No. 3:19-cv-02119-DMS-AGS Southern District of California, San Diego |
| v. | |
| CHAD F. WOLF, Secretary of Homeland Security; et al., | |
| Respondents-Appellants. | ORDER |

Before: CHRISTEN and WATFORD, Circuit Judges, and ROSENTHAL,[*] Chief District Judge.

Submission of this case is vacated pending the Supreme Court's disposition of *Wolf, et al. v. Innovation Law Lab, et al.*, No. 19-1212.

---

[*] The Honorable Lee H. Rosenthal, Chief United States District Judge for the Southern District of Texas, sitting by designation.