UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN DOE, et al.,<br><br>       Petitioners,<br><br>    v.<br><br>KEVIN K. McALEENAN, Acting Secretary of Homeland Security; et. al.,<br><br>       Respondents. | Case No. 19cv2119 DMS AGS<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

  Good cause appearing, Rebecca G. Church's motion to withdraw as counsel is GRANTED.

  **IT IS SO ORDERED.**

Dated: May 10, 2021

                                                                          _____
                                                                          Hon. Dana M. Sabraw, Chief Judge
                                                                          United States District Court