UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN DOE, *et al.*,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>KEVIN K. MCALEENAN, *et al.*,<br><br>    Defendants-Respondents. | Case No. 19cv2119 DMS AGS<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR 90-DAY STAY** |

FOR GOOD CAUSE SHOWN, the Unopposed Motion for 90-Day Stay of this case, including the deadline to Answer or Otherwise Respond to the Complaint, is GRANTED. This case is stayed until **November 2, 2021.**

    **IT IS SO ORDERED.**

Dated: August 4, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court