FILED

SEP 3 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRISTIAN DOE; DIANA DOE,<br><br>　　　　Petitioners-Appellees,<br><br>　v.<br><br>ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,<br><br>　　　　Respondents-Appellants. | No.　20-55279<br><br>D.C. No.<br>3:19-cv-02119-DMS-AGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: CHRISTEN and WATFORD, Circuit Judges, and ROSENTHAL,[*] District Judge.

Appellants are directed to file a response to the Motion for Reconsideration filed with this court on September 1, 2021. The response shall not exceed 15 pages or 4,200 words, and shall be filed within 14 days of the date of this order. Parties who are registered for Appellate ECF must file the response electronically without submission of paper copies. Parties who are not registered Appellate ECF filers must file the original response.

---

　　　[*]　The Honorable Lee H. Rosenthal, Chief United States District Judge for the Southern District of Texas, sitting by designation.