FILED
Nov 05 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ AKR  DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
SEP 24 2021
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRISTIAN DOE; DIANA DOE, <br><br> Petitioners-Appellees, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., <br><br> Respondents-Appellants. | No.   20-55279 <br><br> D.C. No. 3:19-cv-02119-DMS-AGS <br> Southern District of California, San Diego <br><br> ORDER |

Before: CHRISTEN and WATFORD, Circuit Judges, and ROSENTHAL,[*] District Judge.

Appellees' Motion for Reconsideration (Docket Entry No. 65) is denied.

*See* 9th Cir. R. 27-10.  This order shall constitute the court's mandate.

---

[*] The Honorable Lee H. Rosenthal, Chief United States District Judge for the Southern District of Texas, sitting by designation.