MONIKA Y. LANGARICA
(SBN 308518)(langarica@law.ucla.edu)
Center for Immigration Law and Policy
UCLA School of Law
385 Charles E. Young Drive East
Box 951476
Los Angeles, CA 90095-1476
Telephone: (310) 983-3345

BARDIS VAKILI
(SBN 247783)(bvakili@bardis@vakililegal.org)
Law Offices of Bardis Vakili P.C.
Cooperating Counsel
ACLU Foundation of San Diego &
Imperial Counties
P.O. Box 234160
Encinitas, CA 92023
Telephone: (619) 483-3490

Counsel for Plaintiff-Petitioners

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cristian Doe., *et. al.*,<br><br>     Plaintiff-Petitioners,<br><br>  v.<br><br>Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security, *et. al.*,<br><br>     Defendant-Respondents. | **Case No.: 3:19-CV-2119-DMS-SBC**<br><br>**JOINT STATUS REPORT**<br><br>**HON. DANA M. SABRAW** |

On January 9, 2024, the Court ordered the Parties to file a joint status report indicating how they wish to proceed in this matter. ECF 112. On January 19, 2024, the Parties requested the Court continue to stay this case for purposes of monitoring separate ongoing litigation challenging the federal government's termination of the Migrant Protection Protocols ("MPP") and to allow the Parties to explore a potential resolution to this case through settlement. ECF 113. On August 12, 2024, the Court again ordered the Parties to file a joint status report indicating how they wish to proceed. ECF 114. For the reasons noted below, the Parties respectfully request an additional 90-day extension of the stay of proceedings to continue their ongoing discussions.

This case relates to MPP, a program the federal government attempted to terminate in 2021. The termination was initially enjoined in separate litigation, but the federal government appealed in that case and prevailed at the Supreme Court. *See Biden v. Texas*, 597 U.S. 785 (2022). That case is now on remand in the district court pending resolution of cross-motions for summary judgment that have been fully briefed since October 2023. *See Texas v. Biden*, No. 2:21-CV-067-Z (N.D. Tex). Since the Parties' last joint status report, the Parties have continued to monitor the district court case, but there have been no new developments and a decision remains pending. Plaintiffs continue to dispute that this case is moot based on the attempted rescission of MPP because Plaintiffs believe an order granting the plaintiff states' requested relief in *Texas v. Biden* may require the reimplementation of MPP.

Through counsel, the Parties additionally began confidential settlement negotiations several months ago. Plaintiffs' confidential proposal is pending with Defendants.

Depending on the outcomes of the pending MPP litigation and the Parties' confidential settlement negotiations, the Parties may be able to resolve this case without the need for further litigation. Accordingly, to allow time for the Parties to continue pursuing a possible resolution and avoid burdening the Court with resolving

a potentially unnecessary motion to dismiss, the Parties respectfully request an additional 90-day stay of this case.

Dated: August 16, 2024          Respectfully submitted,

s/ *Monika Y. Langarica*

Monika Y. Langarica
Center for Immigration Law and Policy
UCLA School of Law

Bardis Vakili
Law Office of Bardis Vakili P.C.
Cooperating Counsel, ACLU Foundation of San Diego & Imperial Counties

*Counsel for Plaintiff-Petitioners*

/s/ *Brian C. Ward*
BRIAN C. WARD
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Defendant-Respondents*