# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN DOE, *et al.*,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMALND SECURITY, *et al.*,<br><br>    Defendants-Respondents. | Case No.:  19-cv-2119-DMS-SBC<br><br>**ORDER STAYING CASE** |

On August 16, 2024, the parties filed a joint status report asking the Court to continue the stay in this case by 90 days to allow additional time for the parties to allow additional time for the parties to continue discussing a possible resolution in this matter. (ECF No. 115).  Having reviewed the joint status report and finding good cause for the stay, the Court hereby **STAYS** the case by 90 days.  The Court **ORDERS** the parties to file a joint status report on or before **November 19, 2024**, indicating how the parties wish to proceed.

**IT IS SO ORDERED.**

Dated:  August 21, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court